UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GODOY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. FAVELA, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-01673-DAD-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 13) |

　　　　　Plaintiff Kenneth Godoy is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　　On November 29, 2022, the assigned magistrate judge screened plaintiff's first amended complaint filed in this action and found that plaintiff had stated potentially cognizable Eighth Amendment claims against defendants Favela and Weatherwax for excessive use of force, but that plaintiff had failed to state any other cognizable claims.  (Doc. No. 6.)  Plaintiff was granted leave to file an amended complaint or notify the court of his willingness to proceed only on the claims found to be cognizable in the screening order within thirty (30) days after service of the screening order.  (*Id*. at 5.)  On December 14, 2022, plaintiff notified the court that he was willing to proceed only on the claims identified by the magistrate judge in the screening order as cognizable.  (Doc. No. 9.)

1

1   Consequently, on January 5, 2023, the assigned magistrate judge issued findings and
2   recommendations recommending that this action proceed on plaintiff's claims found to be
3   cognizable in the screening order and that all other claims brought by plaintiff in his complaint be
4   dismissed, including all claims brought against defendants Fleshman, Appleberry, and Lozano.
5   (Doc. No. 13.)  The pending findings and recommendations were served on plaintiff and
6   contained notice that any objections thereto were to be filed within fourteen (14) days after
7   service.  (*Id*. at 1–2.)  To date, no objections have been filed, and the time in which to do so has
8   now passed.

9   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
10  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
11  findings and recommendations are supported by the record and proper analysis.

12  Accordingly,

13  1.  The findings and recommendations issued on January 5, 2023 (Doc. No. 13) are
14      adopted in full;
15  2.  This action shall proceed on plaintiff's Eighth Amendment claims against
16      defendants Favela and Weatherwax for excessive use of force;
17  3.  All other claims brought by plaintiff in this action and all other named defendants
18      in this action are dismissed;
19  4.  The Clerk of the Court is directed to update the docket to reflect the termination of
20      the following defendants from this action:  Jared D. Lozano, J. Appleberry, and J.
21      Fleshman; and
22  5.  This action is referred back to the assigned magistrate judge for further
23      proceedings consistent with this order.

24  IT IS SO ORDERED.

25  Dated:  **May 16, 2023**
26  UNITED STATES DISTRICT JUDGE