IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH GODOY,** | Case No. 2:22-cv-01673-DAD-EFB (PC) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **A. FAVELA, et al.,** | |
| Defendants. | |

Good cause having been shown, the Court GRANTS Defendants' Request to Take Deposition of Nonparty Inmate Joseph Kelly by Videoconference. Defendants are permitted to conduct the deposition of nonparty inmate Joseph Kelly (V91675) by videoconference.

Dated:  June 8, 2023.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE