UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GODOY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. FAVELA. et al.,<br><br>    Defendants. | No. 2:22-cv-01673-DAD-EFB (PC)<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in this 42 U.S.C. § 1983 action. On September 14, 2023, defendant Weatherwax filed a motion to compel further responses to his interrogatories and requests for production of documents. ECF No. 25. Defendants also ask the court to vacate the current dispositive motion deadline pending resolution of the motion to compel. ECF No. 26. Plaintiff has not filed a response to the motion to compel.

Accordingly, it is hereby ORDERED that:

1. Defendants' motion to vacate the dispositive motion deadline set in the court's discovery and scheduling order is GRANTED. The court will impose a new dispositive motion deadline upon resolution of the pending motion to compel.
2. Plaintiff shall file an opposition or statement of non-opposition to defendant Weatherwax's September 14, 2023 motion to compel within 30 days of the date of this order.

1

3. Failure to comply with this order may result in waiver of opposition to the motion to compel (E.D. Cal. L.R. 230(*l*)) or dismissal of this action (Fed. R. Civ. P. 41(b)).

Dated: October 17, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE