IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH GODOY,** | Case No. 2:22-cv-01673-EFB |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **A. FAVELA, et al.,** | |
| Defendants. | |

Defendants have moved for an extension of time to file a dispositive motion. Good cause appearing, Defendants' Motion is **granted**. The dispositive motions deadline set in the Court's August 13, 2024, Order is hereby extended from February 10, 2025, to April 11, 2025. All other deadlines in the Court's August 13, 2024, order remain unchanged.

**It is so ordered.**

Dated: February 6, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:22-cv-01673-EFB)